IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
MARCUS WAYNE COVINGTON,          )
                                 )
          Plaintiff,             )
                                 )
     v.                          )
                                 )     1:25-cv-347
                                 )
STATE OF NORTH CAROLINA          )
DURHAM COUNTY, DURHAM            )
COUNTY PUBLIC DEFENDER           )
OFFICE, STATE OF NORTH           )
CAROLINA DISTRICT ATTORNEY       )
OFFICE, and DURHAM COUNTY        )
SHERIFF'S DEPARTMENT,            )
                                 )
          Defendants.            )
```

## ORDER

On May 14, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

The record reflects that the Recommendation was served by mail to Plaintiff's last known address at Piedmont Regional Jail, P.O. Drawer 388, Farmville, Virginia, but returned as undeliverable and marked "Return to Sender, Not Deliverable as Addressed, Unable to Forward and RTS Gone." (See Doc. 4.) This court has no obligation to locate

Plaintiff to provide actual notice; instead, it is the duty of a litigant to keep this court informed of a current address. LR 11.1(b). Because Plaintiff has not provided the court with an address within 63 days of the date of the last return of mail, the court finds the case should be dismissed without prejudice for failure to prosecute. See LR 11.1(b).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 11.1(b) for failure to prosecute.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 14th day of July, 2025.

_____
United States District Judge